**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

FILED

NOV - 8 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. |
| ) | |
| **NATHAN WYATT,** ) | **4:17CR00522 RLW/SPM** |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME Now Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Laura-Kate Bernstein, Attorney for Department of Justice, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Laura-Kate Bernstein*
LAURA-KATE BERNSTEIN
Attorney, Department of Justice