SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 8 2017
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. |
| | ) |
| NATHAN WYATT, | )    **4:17CR00522 RLW/SPM** |
| | ) |
| Defendant. | ) |

### MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Laura-Kate Bernstein, Department of Justice Attorney, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with conspiracy in violation of 18 U.S.C. §371; aggravated identity theft in violation of 18 U.S.C. §1028A(a)(1), (b), (c)(4); and threatening damage to protected computers, 18 U.S.C. §1030(a)(7)(C), (c)(3)(A); ;.

2.  There is a serious risk that the defendant will flee and the defendant is believed to be residing in the United Kingdom.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY


*/s/ Laura-Kate Bernstein*
LAURA-KATE BERNSTEIN
ATTORNEY, DEPARTMENT OF JUSTICE