FILED
DEC 18 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:17-CR-522 RLW/SPM |
| | ) | |
| NATHAN WYATT, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Laura-Kate Bernstein, Department of Justice Trial Attorney, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with conspiracy in violation of 18 U.S.C. §371; aggravated identity theft in violation of 18 U.S.C. §1028A(a)(1), (b), (c)(4); and threatening damage to protected computers, 18 U.S.C. §1030(a)(7)(C), (c)(3)(A).

2.  The defendant is alleged to be a member of The Dark Overlord hacking group, which targeted victims in the St. Louis area beginning in 2016.

3.  Further, the defendant is a citizen of the United Kingdom, and was arrested there at the United States' request in August 2018. He contested his extradition to the United States on the present charges during litigation that lasted over a year.

4. The defendant has no ties to the community in the Eastern District of Missouri, including either employment or family.

5. There is a serious risk that the defendant will flee.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

*/s/ Laura-Kate Bernstein*
LAURA-KATE BERNSTEIN
Trial Attorney
Computer Crime & Intellectual Property Section
U.S. Department of Justice
Email: Laura-Kate.Bernstein@usdoj.gov .