IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  4:17-CR-522 RLW |
| | ) |
| NATHAN WYATT, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE THE SEPTEMBER 28, 2020 CONSOLIDATED PLEA AND SENTENCING HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, Gwendolyn Carroll, Assistant United States Attorney, and Laura-Kate Bernstein, Department of Justice Senior Counsel, and hereby respectfully requests the Court continue the consolidated plea and sentencing hearing in the above-captioned case to September 21, 2020.  Counsel for the United States is unavailable on the currently scheduled hearing date.  Counsel for the Defendant has no objection to this continuance.

WHEREFORE, the United States respectfully requests a continuance to September 21, 2020.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

*/s/ Laura-Kate Bernstein*
LAURA-KATE BERNSTEIN
Senior Counsel
Maryland Bar Number 1212110224
Computer Crime & Intellectual Property Section
U.S. Department of Justice
Email: Laura-Kate.Bernstein@usdoj.gov

*/s Gwendolyn E. Carroll*
Gwendolyn E. Carroll #NY4657003
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Brocca Morrison, Assistant Federal Public Defender.

                                            /s/ Laura-Kate Bernstein
                                            LAURA-KATE BERNSTEIN
                                            Senior Counsel, USDOJ