IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>v.   )<br>  )<br>NATHAN WYATT,   )<br>  )<br>     Defendant.  ) | Case No. 4:17CR522 RLW |

## ORDER

**IT IS HEREBY ORDERED** that the Government's Motion to Continue the September 28, 2020 Consolidated Plea and Sentencing Hearing [ECF#42] is GRANTED. The plea and sentencing hearing of September 28, 2020 is VACATED.

**IT IS FURTHER ORDERED** that Defendant Nathan Wyatt's plea and sentencing hearing is reset to **Monday, September 21, 2020 at 2:00 p.m.  Defendant and all parties will appear at the hearing by Zoom videoconference.**

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this 9th day of September, 2020